# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

January 4, 2024

Warden
New Lisbon Correctional Institution
PO Box 2000
New Lisbon, WI 53950-2000

    Re:    Cory D. Brown v. Robert Lacey et al.
            District Court No. 22-C-1347-SCD
            Appeal No. 23-3098
            Balance Due: $505.00

Dear Warden:

      The Court of Appeals for the Seventh Circuit has ordered an inmate in your custody to pay the remaining balance of the $505.00 appeal fee to the Clerk of the District Court. A copy of the order is enclosed.

      The institution has an obligation to forward payments from the prisoner's account pursuant to 28 U.S.C. § 1915(b)(2) and *Lucien v. DeTella*, 141 F.3d 773 (7th Cir. 1998). Payments should be collected monthly from the inmate's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's account and payments should be forwarded to the Clerk of the District Court each time the amount in the account exceeds $10.00.

      If this inmate is transferred to another county, state, or federal institution, the transferring institution shall forward a copy of this letter and the enclosed order with the inmate's remaining balance to the receiving institution.

                                        Very truly yours,
                                        GINA M. COLLETTI
                                        Clerk of Court

                                        By: /s/ L M Forseth
                                        Deputy Clerk

Cc:    Cory D Brown
         317947
         New Lisbon Correctional Institution
         PO Box 2000
         New Lisbon, WI 53950-2000